UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

    Plaintiff,

-versus-

NATIONWIDE MUTUAL INSURANCE
COMPANY, INC.

    Defendant.

---

07 CV 10502

JUDGE SAND

PLAINTIFF'S RULE 7.1
CORPORATE DISCLOSURE
STATEMENT

RECEIVED
NOV 21 2007
U.S.D.C. S.D.N.Y.
CASHIERS

---

Pursuant to Fed. R. Civ. P. 7.1 (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff National Union Fire Insurance Company of Pittsburgh, PA. ("National Union"), a private non-governmental party, certifies that National Union is a direct, wholly-owned subsidiary of AIG Commercial Insurance Group, Inc., which is a wholly-owned subsidiary of AIG Property Casualty Group, Inc., which is a wholly-owned subsidiary of American International Group, Inc., a publicly-traded corporation.

November 20, 2007

NATIONAL UNION FIRE INSURANCE COMPANY OF
PITTSBURGH, PA.

By: _____
Christopher W. Healy (CH 7221)
EDWARDS ANGELL PALMER & DODGE LLP
750 Lexington Avenue
New York, New York 10022
(212) 308-4411