# United States District Court

SOUTHERN DISTRICT OF NEW YORK

National Union Fire Insurance Company of
Pittsburgh, PA

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

Nationwide Mutual Insurance Company

**07 CV 10502**

JUDGE SAND

TO: (Name and address of defendant)
Nationwide Mutual Insurance Company
One Nationwide Plaza
Columbus, OH 43215-2220

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Christopher W. Healy, Esq.
Edwards Angell Palmer & Dodge LLP
750 Lexington Avenue
New York, NY 10022

an answer to the complaint which is herewith served upon you, within _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

NOV 2 1 2007

CLERK

DATE

(BY) DEPUTY CLERK

American LegalNet, Inc.
www.FormsWorkflow.com

AO 440 (Rev. 10/93) Summons in a Civil Action -SDNY WEB 4/99

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
　　　　　　　　　Date　　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

American LegalNet, Inc.
www.FormsWorkflow.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

                    Plaintiff,

   - against –

NATIONWIDE MUTUAL INSURANCE
COMPANY, INC.

                   Defendant.
------------------------------------------------------------

07cv 10502

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
                            : ss.:
COUNTY OF NEW YORK )

      GLENN M. HUZINEC, being duly sworn, deposes and says:

      (1)    I am over the age of eighteen years and am not a party to this action. On the 30th day of November, 2007, I served a true copy of the Summons, Complaint, Rule 7.1 Statement, Individual Rule for both Judge Sand and Magistrate Judge Gorenstein, and the ECF Rules for the United States District Court for the Southern District of New York upon:

         Nationwide Mutual Insurance Company
         One Nationwide Plaza
         Columbus, OH 43215-2220

by personally delivering a true copies of the above mentioned documents to The New York State Department of Insurance, the Registered Agent of Service, located at 25 Beaver Street, NY, NY 10004 and leaving it with Keiko Omori, whose title is Paralegal, and who acknowledged to me that she was authorized to accept service for the NY State Department of Insurance on behalf of Nationwide Mutual Insurance Company.

(2)  Ms. Omori is described as an Asian female; approximately 50 years of age; approximately 5'4" tall; weighing approximately 140 lbs.; with short graying hair, and wearing glasses.

_____
GLENN M. HUZINEC

Sworn to before me this
30th day of November, 2007

_____
Notary Public

JOHN FRANCAVILLO
Notary Public, State of New York
No. 24-4836118
Qualified in Kings County
Certificate Filed in Kings County
Commission Expires Oct. 31, 20__

**NEW YORK STATE INSURANCE DEPARTMENT**

Nº 13333

DATE 11/30 2007   CK# 508620

RECEIVED OF Edwards Angell Palmer etc

Forty _____ DOLLARS

National Union Fire Ins. Co. et al
Nationwide Mutual Ins. Co.

$40.00

Rec'd Michelle Bentaur
Legal ass't
By: Charlene Norris