**MEMO ENDORSED**

Christopher W. Healy (CH 7221)
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff National Union
Insurance Company of Pittsburgh, PA.
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,

    Plaintiff,

-versus-

NATIONWIDE MUTUAL INSURANCE
COMPANY, INC.

    Defendant.

---

**REQUEST TO ENTER DEFAULT**

07-CV-10502 (LBS)

*En [Argument?]*
*Denied per*
*telephone conference*
*this date.*
*So ordered*
*/s/ Sand USDJ*
*1/8/08*



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-08

TO:  J. MICHAEL MCMAHON, CLERK
      UNITED STATES DISTRICT COURT
      SOUTHERN DISTRICT OF NEW YORK

Please enter the default of defendant Nationwide Mutual Insurance Company, Inc., pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and pursuant to Rule 55.1 of the Civil Rules for the Southern and Eastern District of New York for failure to plead or otherwise defend the above-captioned action as fully appears from the court file herein and from the attached affidavit of Christopher W. Healy.

Dated:  New York, New York
          December 31, 2007

EDWARDS ANGELL PALMER & DODGE LLP

_/s/ Christopher W. Healy_

Christopher W. Healy (CH 7221)
Attorneys for National Union Fire Insurance
Company of Pittsburgh, PA.
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

**MEMO ENDORSED**