UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

National Union Fire Insurance
Company of Pittsburgh, PA.

vs

Nationwide Mutual Insurance
Company, Inc.

-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-8-08

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Civ. 10502 (LBS)(GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*
_____
_____

___ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

X  Settlement*

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motion: _____
_____

All such motions: ___

The Court and the parties request that this matter be dealt with expeditiously. JRS

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:     New York, New York
           1/8/08

                                        _____
                                        United States District Judge