UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA.,                                    07-CV-10502 (LBS)

                      Plaintiff,

    -against-                                        **NOTICE OF APPEARANCE**


NATIONWIDE MUTUAL INSURANCE COMPANY, INC.

                      Defendants.
-------------------------------------------------------------------------X

COUNSELORS :

    PLEASE TAKE NOTICE, that the defendant, NATIONWIDE MUTUAL INSURANCE COMPANY i/s/h/a NATIONWIDE MUTUAL INSURANCE COMPANY, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant.

DATED:    Woodbury, New York
               January 10, 2008

                                              Yours, etc.

                                              MILBER MAKRIS PLOUSADIS
                                                &amp; SEIDEN, LLP

                                                BY: _____
                                                   Lorin A. Donnelly, Esq. (LD0791)
                                               Attorneys for Defendant
                                               NATIONWIDE MUTUAL INSURANCE
                                               COMPANY i/s/h/a NATIONWIDE MUTUAL
                                               INSURANCE COMPANY, INC.
                                               1000 Woodbury Road, Suite 402
                                               Woodbury, NY  11797
                                               (516) 712-4000
                                               File No.: 10-5155

TO:   Christopher W. Healy (CH7221)
        EDWARDS ANGELL PALMER & DODGE LLP
        Attorneys for Plaintiff
        NATIONAL UNION INSURANCE COMPANY OF
        PITTSBURGH, PA.
        750 Lexington Avenue
        New York, New York  10022
        (212) 308-4411

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                 ) ss:
COUNTY OF NASSAU )

Tricia T. Campbell, being duly sworn, deposes and says, that deponent is not a party to the action is over 18 years of age and resides in Massapequa, New York

That on the 10th day of January, 2008, deponent served the within NOTICE OF APPEARANCE upon:

Christopher W. Healy (CH7221)
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff
NATIONAL UNION INSURANCE COMPANY OF
PITTSBURGH, PA.
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Tricia T. Campbell

Sworn to before me this
10th day of January, 2008.

_____
Notary Public

DOLORES R. DUARTE
Notary Public, State of New York
No. 4835464
Qualified in Suffolk County
Term Expires 8/31/2009