UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA.,                                              07-CV-10502 (LBS)

                      Plaintiff,

    -against-                                                    **NOTICE OF APPEARANCE**

NATIONWIDE MUTUAL INSURANCE COMPANY, INC.

                      Defendants.
------------------------------------------------------------------------X
COUNSELORS :

    PLEASE TAKE NOTICE, that the defendant, NATIONWIDE MUTUAL INSURANCE COMPANY i/s/h/a NATIONWIDE MUTUAL INSURANCE COMPANY, INC., hereby appear in the above entitled action, and that the undersigned have been retained as attorneys for said defendant.

DATED:    Woodbury, New York
               January 15, 2008

                                          Yours, etc.

                                          MILBER MAKRIS PLOUSADIS
                                                    &amp; SEIDEN, LLP

                                          BY: _____
                                               Mark Seiden, Esq. (MS0602)
                                          Attorneys for Defendant
                                          NATIONWIDE MUTUAL INSURANCE
                                          COMPANY i/s/h/a NATIONWIDE MUTUAL
                                          INSURANCE COMPANY, INC.
                                          3 Barker Avenue, 6th Floor
                                          White Plains, NY 10601
                                          (914) 681-8700
                                          (914) 681-8709 Facsimile
                                          File No.:  10-5155

TO:   Christopher W. Healy (CH7221)
       EDWARDS ANGELL PALMER & DODGE LLP
       Attorneys for Plaintiff
       NATIONAL UNION INSURANCE COMPANY OF
       PITTSBURGH, PA.
       750 Lexington Avenue
       New York, New York 10022
       (212) 308-4411

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                  ) ss:
COUNTY OF NASSAU )

Tricia T. Campbell, being duly sworn, deposes and says, that deponent is not a party to the action is over 18 years of age and resides in Massapequa, New York

That on the 15th day of January, 2008, deponent served the within NOTICE OF APPEARANCE upon:

Christopher W. Healy (CH7221)
EDWARDS ANGELL PALMER & DODGE LLP
Attorneys for Plaintiff
NATIONAL UNION INSURANCE COMPANY OF PITTSBURGH, PA.
750 Lexington Avenue
New York, New York 10022
(212) 308-4411

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Tricia T. Campbell

Sworn to before me this
15th day of January, 2008.

_____
Notary Public

JOHN P. GRISAFI
Notary Public, State of New York
No. 02GR6105432
Qualified in Nassau County
Commission Expires February 9, 2008