UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A.,

                      Plaintiff,

    -against-

NATIONWIDE MUTUAL INSURANCE
COMPANY, INC.,

                      Defendant.
------------------------------------------------------------------------X

07-CV-10502 (LBS)

### NOTICE OF NATIONWIDE MUTUAL INSURANCE COMPANY'S MOTION TO DISMISS THE COMPLAINT

PLEASE TAKE NOTICE that upon the Declaration of Lorin A. Donnelly, Esq., dated January 25, 2008, the exhibits annexed thereto and the accompanying Memorandum of Law, Defendant NATIONWIDE MUTUAL INSURANCE COMPANY i/s/h/a NATIONWIDE MUTUAL INSURANCE COMPANY, INC. will move this Court, pursuant to Fed. R. Civ. P. 12(b)(6) on the 7th day of February, 2008, before Judge Leonard B. Sand at the United States District Court for the Southern District, 500 Pearl Street, New York, NY, for an Order dismissing the Complaint. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law.

Dated:  Woodbury, New York
         January 25, 2008

                               Respectfully submitted,

                               MILBER MAKRIS PLOUSADIS
                               & SEIDEN, LLP
                               By:_____
                                 LORIN A. DONNELLY [0791]
                               Attorneys for Defendant
                               NATIONWIDE MUTUAL INSURANCE
                               COMPANY i/s/h/a NATIONWIDE MUTUAL
                               INSURANCE COMPANY, INC.
                               1000 Woodbury Road, Suite 402
                               Woodbury, New York 11797
                               (516) 712-4000
                               Our File No.: 10-5155