UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, P.A.,

                Plaintiff,

-against-

NATIONWIDE MUTUAL INSURANCE
COMPANY, INC.,

                Defendant.

------------------------------------------------------------X

07-CV-10502 (LBS)

**DEFENDANT'S RULE 7.1
CORPORATE DISCLOSURE
STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 (formerly Local General Rule 1.9), and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for defendant, NATIONWIDE MUTUAL INSURANCE COMPANY i/s/h/a NATIONWIDE MUTUAL INSURANCE COMPANY, INC. ("NATIONWIDE"), a private non-governmental party, certifies that NATIONWIDE is a mutual, non-stock, insurance company engaged in the general insurance and reinsurance business, except for life insurance. NATIONWIDE is an active corporation pursuant to the laws of the State of Ohio, and is authorized to do business in the State of New York. NATIONWIDE has no parent corporation.

Dated: Woodbury, New York
       January 25, 2008

                                          NATIONWIDE MUTUAL INSURANCE
                                          COMPANY, INC.
                                          By: LORIN A. DONNELLY [0791]
                                          MILBER MAKRIS PLOUSADIS
                                          & SEIDEN, LLP
                                          1000 Woodbury Road, Suite 402
                                          Woodbury, New York 11797
                                          (516)-712-4000
                                          File: 10-5155