## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2008, a true and correct copy of: (1) Nationwide's Notice of Motion to Dismiss the Complaint; (2) Declaration of Lorin A. Donnelly in Support of Nationwide's Motion to Dismiss the Complaint; (3) Nationwide's Memorandum of Law in Support of Nationwide's Motion to Dismiss; and (4) Rule 7.1 Disclosure Statement of Nationwide was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants: VIA FEDERAL EXPRESS

    Christopher W. Healy, Esq.
    EDWARDS, ANGELL, PALMER & DODGE, LLP
    Attorneys for Plaintiff
    750 Lexington Avenue
    New York, New York 10022

_____
LISA MARQUEZ