OAO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURGH, PA.,

                                    Plaintiff,          07-CV-10502 (LBS)

      -  against -                         **NOTICE OF APPEARANCE**

NATIONWIDE MUTUAL INSURANCE COMPANY,
INC.

                                 Defendant.

-----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

      PLEASE TAKE NOTICE, that I do hereby enter my appearance as counsel in this case for plaintiff,

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., in the above entitled action.

      I certify that I am admitted to practice in this court.

DATED:      New York, New York
                  April 21, 2008

                                                  Yours etc.

                                                  EDWARDS ANGELL PALMER
                                                  & DODGE LLP

                                                  BY: _____
                                                    Rosemarie Moyeno Matos (RM8368)
                                                  Attorneys for Plaintiff
                                                  NATIONAL UNION FIRE INSURANCE
                                                  COMPANY OF PITTSBURGH, PA.
                                                  750 Lexington Avenue
                                                  New York, New York 10022
                                                  (212) 912-2791

TO:     Lorin A. Donnelly, Esq. (LD0791)
          MILBER MAKRIS PLAUSADIS &
          SEIDDE, LLP
          Attorneys for Defendant
          NATIONWIDE MUTUAL INSURANCE
          COMPANY i/s/h/a NATIONWIDE MUTUAL
          INSURANCE COMPANY, INC.
          1000 Woodbury Road, Suite 402
          Woodbury, New York 11797
          (516) 712-4000
          File No. 10-5155

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     )ss:
COUNTY OF NEW YORK   )

Donna Paccione, being duly sworn, deposes an says, that deponent is not a party to the action, is over 18 years of age and resides in Staten Island, New York

That on the 21st day of April, 2008, deponent served the within NOTICE OF APPEARANCE upon:

> Lorin A. Donnelly, Esq. (LD0791)
> MILBER MAKRIS PLAUSADIS &
> SEIDDE, LLP
> Attorneys for Defendant
> NATIONWIDE MUTUAL INSURANCE
> COMPANY i/s/h/a NATIONWIDE MUTUAL
> INSURANCE COMPANY, INC.
> 1000 Woodbury Road, Suite 402
> Woodbury, New York 11797
> (516) 712-4000
> File No. 10-5155

the attorney(s) for the defendant in this action, at the above address designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Donna Paccione

Sworn to before me this
21st day of April, 2008.

_____
Notary Public

STACEY A. LETAVISH
Notary Public, State of New York
No. 01LE6172176
Qualified in Queens County
Commission Expires: 09/06/2011