```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-17-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------
NATIONAL UNION FIRE INSURANCE COMPANY
OF PITTSBURG, PA.,

             Plaintiff,

vs

NATIONWIDE MUTUAL INSURANCE COMPANY,

             Defendant,
--------------------------------------

07 Civ 10502(LBS)

Docket Number

ORDER

OF

DISCONTINUANCE

    This cause being duly before the Court and it having been represented to the Court that all claims asserted herein have been settled, it is:

    ORDERED that the above entitled action be and hereby is discontinued without costs to either party, without prejudice to reopen within __30__ days if settlement is not accepted and performed.

Dated: July/8 2008

                                                                   U.S.D.J.